FILED:  June 21, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-1173
(LRH-2015-582-GBR)

_____

SIERRA CLUB; WEST VIRGINIA RIVERS COALITION; INDIAN CREEK
WATERSHED ASSOCIATION; APPALACHIAN VOICES; CHESAPEAKE
CLIMATE ACTION NETWORK

       Petitioners

v.

UNITED STATES ARMY CORPS OF ENGINEERS; MARK T. ESPER, in his
official capacity as Secretary of the U.S. Army; TODD T. SEMONITE, in his
official capacity as U.S. Army Chief of Engineers and commanding General of the
U.S. Army Corps of Engineers; PHILIP M. SECRIST, in his official capacity as
District Commander of the U.S. Army Corps of Engineers, Huntington District;
MICHAEL E. HATTEN, in his official capacity as Chief, Regulatory Branch,
U.S. Army Corps of Engineers, Huntington District

       Respondents

MOUNTAIN VALLEY PIPELINE, LLC

       Intervenors

_____

O R D E R

_____

Upon consideration of the submissions relative to petitioners' second motion

for preliminary relief, the court grants the motion and stays the Corps's verification

of NWP 12 for the pipeline pending resolution of the petition for review.

Entered at the direction of Chief Judge Gregory, with the concurrence of

Judge Traxler and Judge Thacker.

For the Court

/s/ Patricia S. Connor, Clerk
